# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HORNING BROTHERS LLC, et al.,<br><br>Defendants. | **Case No.** 2:17-CV-00149-TOR<br><br>**CIVIL MINUTES**<br><br>**DATE:** 10/11/2018<br><br>**LOCATION:** Spokane<br><br>**PRE-TRIAL CONFERENCE** |

### CHIEF JUDGE THOMAS O. RICE

| Linda Hansen | LC 02 | | Allison Stovall |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Patricio A Marquez and Colleen M Melody *for Plaintiff*<br>Alyson Dimmitt Gnam, Blanca Rodriguez and Maria D Velazquez *for Intervenor Plaintiffs*<br>**Plaintiffs' Counsel** | | Brook L Cunningham<br><br><br><br>**Defendants' Counsel** | |

[ X ] Open Court           [ ] Chambers           [ ] Telephonic

All parties present in courtroom.

Colleen Melody advised the Court that the parties have reached a settlement in principle and that the parties don't believe that they need rulings on the motions noted for hearing today.

The Court and counsel discuss filing of a proposed consent decree.

COURT:   The trial date is STRICKEN and the parties shall submit final settlement documents by Thursday, October 18, 2018.

| CONVENED:  10:01 AM | ADJOURNED:  10:06 AM | TIME:  5 MINS | ORDER FORTHCOMING [ X ] |
|---|---|---|---|